AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas


FILED
U.S. District Court
District of Kansas
DEC 01 2023
Clerk, U.S. District Court
By _____ Deputy Clerk

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Black Microchip containing data from Infotainment system ) Case No. 23-M-6305-01-BGS
removed from white 2023 Toyota Camry  See Attachment A for )
a further description. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Black Microchip containing data from Infotainment system removed from white 2023 Toyota Camry  See Attachment A for a further description.

located in the _____ District of _____Kansas_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 924(b) | interstate transportation of a firearm knowing or with reasonable cause to believe a felony |
| 18 U.S.C. 924(c) | possession of a Firearm During and in Relation to a Crime of Violence |
| 18 U.S.C. 2261A | stalking |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Marhsall L. Canfield, SA, ATF
Printed name and title

Sworn to and signed via zoom hearing.

Date: 12/1/23

_____
Judge's signature

City and state: Wichita, Kansas                Honorable Brooks Severson, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Marshall Canfield, the Affiant being duly sworn, declare and state:

1. I have been employed as a Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since March of 2022. I am currently assigned to the Wichita Field Office in Wichita, KS. As a Special Agent with ATF, I have attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training. As a Special Agent with ATF, affiant has received training in arson, explosives, firearms, tobacco, violent crime, gang related investigation and drug trafficking investigations.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including observations by myself and/or other law enforcement officers, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware of relating to this investigation.

3. On June 10, 2023, a Wichita Police Officer was dispatched to the home of KK and WK in Wichita, KS for a threats report. WPD was told that the KK's niece had a stalker named Bruce Mentzer and that Bruce had called KK and her husband and made threats of violence against them.

4. WPD made contact with KK. KK advised that from 0700-1030 hrs on June 10, 2023, she received 6 calls on her home phone and 2 calls on her husband WK's phone.

5. She said her niece, JP, has a stalker name Bruce Mentzer. She said Bruce lives out of state and had somehow found KK and WK's home phone number and WK's cell phone number. She again said Bruce had called them numerous times that morning.

1

6.  WPD was able to listen to saved voicemails. He could hear a male's voice saying he was looking for WK who he believed to be the father of RK. RK is JP's current boyfriend, but is of no relation to KK and WK. The male on the call said he was on his way to WK and KK's address and he intended to make it the end of him and anyone who got in his way. He went on to say he was going to put a bullet between WK's eyes and bury WK "six feet under". He said, "oh and your wife, [JP's]aunt, I'm going to kill her too". He said WK was on the top of his list, and he would end him soon.

7.  KK and WK were both scared by Bruce's threats and believed that Bruce was on his way to Wichita to harm them. KK called JP, in the presence of WPD, and allowed Johnna to listen to the voicemails. Johnna identified the males voice, in the voicemails, as that of Bruce Mentzer.

8.  Johnna told WPD that Bruce has stalked her in the past and she is fearful that he will try to come after her.

9.  Based on this, WPD issued a Felony pickup for Bruce Mentzer for Criminal Threat against KK and WK. This incident was documented under Wichita Police Department case number 23C055885.

10. Kansas law prohibits criminal threat as "… A threat in any threat to: (1) Commit violence communicated with intent to place another in fear… or in reckless disregard of the risk of causing such fear…"; and aggravated assault as "… knowingly placing another person in reasonable apprehension of immediate bodily harm; (b) With a deadly weapon;…(3) with intent to commit a felony…"; and aggravated battery as "…(1)(A) Knowingly causing great bodily harm to another person or disfigurement of another person; (B) knowingly causing bodily harm to

another person with a deadly weapon, or in any manner whereby great bodily harm, disfigurement or death can be inflicted…"

11. During the investigation, a WPD detective contacted JP by telephone, who said that she used to live in Pennsylvania and knew Bruce Mentzer. She said she has a child with one of Bruce's cousins. She said she had moved back to Wichita several years earlier and that Bruce had become infatuated with her. She said he had come to Wichita around March of 2023 and had shown up at her work. She said he has accused her of sending him messages that were leading him on that they could have a relationship, but she says she never did that. She said she is currently in a relationship with RK and they both work at Jimmies Diner, 3111 N. Rock Road, Wichita, Kansas.

12. WPD also learned that Bruce Mentzer had a Facebook page titled "Bruce Mentzer". WPD looked this page up and found that shortly before June 10, 2023, Bruce Mentzer posted the following:

    a. "I had this dream the other night. It was like 2 am? Pitch black out, everyone sleeping. In that dream there was a couple of fires on the north side of Wichita, at some old diner, and some house, and then there was a fire on the west side of Wichita too. Then in the dream I could see that time had passed, and 15 minutes later, while all fire crews were responding to those fires in the north and west. Suddenly a gasoline fire breaks out in "some whOre's bedroom", on the south side of Wichita. All the people in the southside fire, died and went to h3ll. I think maybe they belong there. The dream was soo vivid. It seemed like and Omen.    #[JP]    #[RK] #WichitaKansas."

3

13. WPD immediately contacted the Wichita Fire Department Arson Investigation Unit and the local ATF to alert them to Bruce Mentzer and his post in case we had sudden arson fires at Jimmies Diner, KK and WK's residence or JP and RK's residence.

14. WPD spoke with WK, KK and JP to let them know the Wichita Police Department currently had a Felony pickup issued for Bruce Mentzer arrest and to call 911 immediately if they saw him in Wichita or found out he was in Wichita.

15. Months later on September 19, 2023, KK called WPD to report that Bruce Mentzer is currently using a Facebook account under the Facebook name of "Fox Chase." She said that Bruce had posted several disturbing messages in the last few days including a post saying he was not a stalker but was in fact a murderer. The post goes on to say "I intend to murder [RK] the piece of shit scumtrash, and his worthless bastards. Not stalk them. MURDER them." KK was very disturbed and concerned by these comments.

16. WPD looked up the Facebook page "Fox Chase." There are several pictures of Bruce Mentzer in the photo gallery along with photos of JP, RK, and several children. There are also several photos of a white Toyota 4 door car that led WPD to believe the white Toyota was probably owned by Bruce Mentzer. This car is later identified as a white 2023 Toyota Camry with a Pennsylvania tag bearing MBJ9750 [subject vehicle].

17. WPD saw that Bruce made a post on or about September 13, 2023, where the first line says, "This is [RK] of Wichita." The post then goes on to say "[RK] is a dishonorable discharge, convicted felon, for attempted murder in the first degree. Second charge was 'extreme reckless endangerment of children.' The post has photos of RK, RK's children, MV1 and MV2 [aged 11 and 10] and photos of JP, etc.

4

18. On or about September 19, 2023, Bruce Mentzer made a post saying "well since all of you dicksuckers, been running your fuck'n dicksuckers.. Get it right, NOT stalker. But rather MURDERER ..—get it right. I intend to MURDER [RK] the piece of shit scumtrash, and his worthless bastards. Not stalk them. MURDER them." In the same post he wrote "same car, same asshole driver, same intention to fucking mangle you, And I'm a lot closer and working on 'What schools, do [RK's] god damn little worthless bastard offspring attend?'" He went out to address JP and call her "stupid as a worthless whore" and saying "Though I would very much like the satisfaction of bashing you whore teeth down your whore throat. You can avoid that fate, by keeping your worthless fucking whore dicksucker shut, and don't speak AT ALL about me. Except that umma brutally kill him, and just walk away. Hope we never meet face to face again. Filthy lowlife DOG of a whore".

19. At the end of Bruce's post he writes "I will gladly mangle your fucking worthless bastards right in front of you, '[RK] the lowlife piece of shit'.

20. On or about September 14, 2023, Bruce Mentzer made the following post on his "Fox Chase" Facebook account. "To the cops. I'm sure yall had me explicitly targeted to see that video of the guy with the tinted windows and a gun, whom yall put about 50 rounds into….. Just know this. I do not harbor you any ill will, when you put me down. I understand, that you have a job to do. I do not blame you. And after THIS LIFE, 'I thank you', for ending it for me. But just know this. I KNOW my rights, and they go FAR beyond your fucking corrupt judicial system. Your 'law of the land', written by a pack of dogs in Washington DC, don't mean a GOD DAMN THING to me."

21. Bruce went on to say "But just KNOW THIS…..up until THIS DATE, I have never committed a crime… and so therefore, you have ABSOLUTELY NO REASON to be targeting

5

me in any way". He ends this post by saying "Until after [RK]and his god damn bastard kids are crushed to death …..and THEN I will have committed my FIRST crime in this life".

22. On September 20, 2023, WPD looked at Bruce Mentzer's Facebook page "Fox Chase" and saw that about 1300 hrs Bruce posted "Today I commit my first murder. But this is not my end. I will kill as many as approach me".

23. At about 1700 hours on September 20, 2023, a manager at Jimmie's Diner, called 911 to report a disturbance at the restaurant. The manager reported that a white male had come to the restaurant and asked for JP. The male was told JP was not there and was told to leave the premises. The male argued, but eventually went out in the parking lot and began taking photos of vehicles. The manager reports the male got into a white Toyota, with Pennsylvania tags, drove across the street and sat for a period of time before leaving. From this incident an employee takes pictures of the suspect, the vehicle, and the vehicles tag all matching that of Mentzer and the Toyota Camry.

24. A short time later, KK called 911 to report that Bruce had driven by her house. WPD went to KK's house and spoke with KK who told WPD about the past threats towards her husband and her when Bruce Mentzer turned into the cul-de-sac that KK lives in. WPD was able to follow Bruce, in the white Toyota, and performed a traffic stop on him. Prior to the stop the Mentzer was reaching towards the back seats and was moving around a lot. When the WPD officer contacted the driver, Mentzer appeared to not process the officer's commands, when asked to roll down the window Mentzer responded "I'm trying". Mentzer was reaching in the vehicle while trying to roll down the window. Due to the reaching around the vehicle the officer told Mentzer to stop reaching. WPD placed Mentzer under arrest who initially tensed up but was placed into handcuffs without incident. When asked about any weapons on Mentzer, he stated he doesn't have

any on him but there is a gun in the car. WPD then located a Springfield 9mm handgun, bearing serial number XD243457 in the rear pocket of the front passenger seat of the car.

25. WPD transported Bruce Mentzer to the WPD interview room. On the way to the interview room Bruce made spontaneous statements that he lives all over the US and that he was in Colorado yesterday. He also stated that he was coming to check on JP due to no one getting back to him about a welfare check he called in earlier this year.

26. WPD conducted a post Miranda interview with Bruce Mentzer.

27. WPD asked Bruce about calling and threatening KK and WK in June. Bruce said at that time he thought WK had sent him messages, from JP's phone, and he went into a rage. He did not remember making any threats, but said he probably did.

28. WPD asked about why he went to Jimmie's Diner today. Bruce said he had not seen or heard from JP since she showed him an engagement ring 6 months ago. He said he has emailed her, texted her, called her, etc, but she has not replied to any of his messages in the last 6 months. He said he was concerned for JP's welfare since she has not responded to his many texts, phone calls, and emails over the course of the last 6 months. He said he loved her and wanted a relationship with her. He said he had been concerned that RK had harmed JP so he drove to Wichita to check on her.

29. WPD asked Bruce about his Facebook messages stating he was going to commit murder today. Bruce said that we can't hold people accountable for their Facebook posts because most people lie on Facebook. He said there is no obligation to tell the truth on Facebook.

30. He said he never meant to scare JP, KK or WK, but he had in fact been attempting to scare RK.

31. WPD contacted JP via telephone to conduct a taped interview where JP said she knows Bruce Mentzer because he is the cousin of her ex-boyfriend, who is the father of her child. JP said she has never been in a relationship with Bruce in any way and only saw him at family functions when she lived back east. JP moved back to Wichita a long time ago and has not had contacted with Bruce since she moved to Wichita, until he suddenly showed up at Jimmie's Diner several months ago.

32. JP said she has not had any contact with Bruce via telephone, social media, or any other way. She said her boyfriend, RK, found out Bruce had been posting photos and videos of RK's kids to Facebook so RK reached out to Bruce and asked him to take it down.

33. JP had no idea Bruce was in town until she started getting messages from her co-workers stating that Bruce had come to Jimmies Diner looking for her. She then got a phone call from her aunt KK. JP had not seen any of the threats or posts that Bruce has been making reference RK, RK's kids, or her.

34. Once she found out Bruce was in town, she became scared for the welfare of RK, RK's kids,, and herself. She believes that Bruce would possibly harm someone, so she called RK's kids' mother and had her come get MV1 and MV2 and in an attempt to keep them safe. She then locked herself inside her apartment for her safety.

35. WPD was also able to conduct an interview with RK, who said he has never met Bruce and it is his understanding that Bruce is someone that "believes" JP is Bruce girlfriend and that RK is blocking Bruce and JP from being together. RK had learned that Bruce had been posting photos of RK and his children on a Facebook page where Bruce was trying to smear JP. RK has tried to talk with Bruce to get him to take the photos down, but ultimately decided to just ignore Bruce.

36. RK had not seen any of the posted threats against him or his children, but he is very concerned for the safety of his kids and himself.

37. On September 21, 2023, WPD had contact with the manager of Jimmies Diner who stated that on August 21, 2023, a male called Jimmies Diner from phone number 540-532-9677. Bruce identified that phone number as belonging to him when he was interviewed by WPD.

38. The manager said the male had asked an employee if he could speak with RK and JP but they had not been at work. The unknown employee told Joel that the male then began to threaten to commit bodily harm to RK and JP including saying he was going to "gut [RK] like a fish".

39. The manager said this had alarmed the employees enough that they had written down the date of that phone call along with the number on the caller ID. The manager told WPD there have been additional threating phone calls made to Jimmies Diner, reference RK and JP, but he was unsure of the dates of those times.

40. This incident was documented under Wichita Police Department case number 23C119450.

41.     I am aware that a preliminary review has been conducted of the firearm based on the description provided by WPD and is believed to not have been manufactured in the state of Kansas.

42.     It is noted that following WPD's arrest of MENTZER on September 20, 2023, the vehicle was inventoried and ultimately impounded by Kidds Towing. During the course of the inventory of the vehicle, WPD found a number of items, including but not limited to a knife, hammer, hatchet, gloves, laptop, documents, and a dashcam.

43.     ATF agents went to Kidds Towing at 470 Esthner, Wichita, Kansas on September 22, 2023, and secured the vehicle by placing evidence tape over each of the access points and advised our intentions to the business to keep the vehicle secure in anticipation of acquiring a search warrant.

44.     A registration check of the vehicle tag revealed that the subject vehicle is registered to MENTZER.

45.     Your affiant is aware many vehicles are equipped with an in-vehicle infotainment system, defined as technology to provide entertainment and information to drivers and passengers. Infotainment systems use audio video interfaces, touch screens, and keypads and allow a user to sync or pair their mobile devices to play media, make and receive phones calls and text messages, and interact with audio, video, and other files and applications. From prior training and experience your affiant is aware when a user pairs or syncs their mobile device with an infotainment system, some of the data from the device is uploaded to the system. Your affiant is further aware infotainment systems collect and store information in a fashion like a computer and that such information can be accessed using forensic tools to retrieve that information. Your affiant is aware, depending on the make and model of the vehicle, and the make, model, capabilities, settings, and

permissions of the user's mobile device or devices, and the infotainment system, there are three main categories of information that can be recovered. These include:

    a.    User data which may include some, all, of none of the following categories: stored contacts from a linked or paired mobile device including names, phone numbers, addresses, email addresses, and social media account names or user names; call logs consisting of made, received, and missed phone calls; devices that have linked to the infotainment system via Bluetooth; characteristics of linked devices connected via Bluetooth or USB cable including linked device brands, models, versions, media access control numbers, and serial numbers; playlist of artists and songs, as well as, visited radio channels of connected devices; short message service (SMS) and multimedia message service (MMS) messages and transactional data; email data including addressing information, message content, and attached files; user account names; deleted media and files; and user activity including door opening, turn signal and headlight activation and manual gear shifts, including timestamp information of that activity.

    b.    System data which may include some, all, or none of the following categories: infotainment system information including software version; vehicle identification number (VIN); odometer reading; number of programmable keys linked the vehicle; installed applications; captured screenshots, media and navigation software versions; system events including logs files related to the interaction with the vehicle by the user

    c. Application data which may include some, all, or none of the following categories: global positioning system (GPS) coordinates of saved locations such as "work", "home", and custom saved locations; GPS coordinates of routes travelled, sometimes referred to as 'breadcrumbs; and internet browsing history.

46. Your affiant is aware many vehicles are equipped with electronic control units, which control one or more electrical systems in a vehicle. These units record various events that occur during the operation of the vehicle while it is both in motion and static. Your affiant is aware, depending on the make and model of the vehicle, the data from these electronic control units can be accessed using forensic tools to retrieve the information.

47. On October 5, 2023, your affiant served a federal search warrant on the 2023 white Toyota Camry with a Pennsylvania tag bearing MBJ9750 located at Kidd's Towing, 4740 Esthner, Wichita, KS 67209. During the service of this warrant your affiant seized the infotainment system removed from the subject vehicle. A black Microchip was then removed from a circuit board module taken from the vehicle which is believed to contain the data from the infotainment system.

48. Based on the foregoing information, your affiant believes there is probable cause that information stored on the infotainment system is of evidentiary value and can assist investigators in determining location information and routes driven related to Bruce MENTZER's violations of Title 18, United States Code 924(b) interstate transportation of a firearm knowing or with reasonable cause to believe a felony, and 924(c) possession of a Firearm During and in Relation to a Crime of Violence, and Stalking in violation of 18 USC § 2261A – all violations

occurring in and affecting the District of Kansas in the infotainment system listed in **Attachment A.**

_____
Marshall L. Canfield
Special Agent, ATF

Sworn and subscribed to before me via zoom hearing on this 1st day of ~~November~~ December 2023.

_____
THE HONORABLE BROOKS SEVERSON
UNITED STATES MAGISTRATE JUDGE

13